GRANT C. JAQUITH
United States Attorney
Fergus Kaiser
Special Assistant U.S. Attorney
c/o Social Security Administration Office of General Counsel
26 Federal Plaza, Room 3904
New York, NY 10278-0004
(212) 264-2049
fergus.kaiser@ssa.gov
BarRoll No. 518633

*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF NEW YORK*
------------------------------------------------------------- x
JAMES MUMPTON,                                              :
                                                            :
                              Plaintiff,                    :
                                                            :
       v.                                                   :     Civil Action No. 18-cv-201
                                                            :
NANCY A. BERRYHILL,                                         :     **STIPULATION FOR REMAND**
ACTING COMMISSIONER OF                                      :
SOCIAL SECURITY,                                            :
                                                            :
                              Defendant.                    :
------------------------------------------------------------- x

     IT IS HEREBY STIPULATED AND AGREED, by and between the attorney for the Defendant and the attorney for the Plaintiff, that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings; and this Court having considered this matter.

     It is ORDERED that the final decision of the Commissioner be and hereby is REVERSED, and the matter is REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) to the Defendant for further administrative action, and it is further

The Clerk is directed to enter judgment. *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

Dated: August 28, 2018

By: */s/ Steven R. Dolson*
 Steven R. Dolson, Esq.
 Bar Roll Number 512788
 Attorney for the Plaintiff
 126 N. Salina St., Ste. 3B
 Syracuse, NY 13202
 (315) 423-3328
 sdolson@dolsonattorneys.com

 GRANT C. JAQUITH
 United States Attorney

By: */s/ Fergus Kaiser*
 Fergus Kaiser
 Special Assistant U.S. Attorney
 c/o Social Security Administration
 Office of General Counsel
 26 Federal Plaza, Room 3904
 New York, NY 10278-0004
 (212) 264-2049
 fergus.kaiser@ssa.gov
 Bar Roll No. 51863

SO ORDERED:

_____
David E. Peebles
U.S. Magistrate Judge

Dated: 8/29/2018